**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7838**

─────────────

BRUCE ALLEN GAYNOR,

Plaintiff - Appellant,

versus

DAVID A. GARRAGHTY, Warden, In his official
capacity; LORETTA K. KELLY, Warden; GARY L.
BASS, Deputy Warden; PATRICIA A. TERRANGI,
Deputy Warden; J. B. WATSON, Inmate Hearing
Officer; GARRETT P. WILLIAMS, Unit Manager;
BETSY A. ZOLICOFFER, Lieutenant,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-96-1348-AM)

─────────────

Submitted:  July 2, 1998          Decided:  July 21, 1998

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Bruce Allen Gaynor, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gaynor v. Garraghty</u>, No. CA-96-1348-AM (E.D. Va. Nov. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>